IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDY FLORES**                                                                                   **PLAINTIFF**
Reg #23404-480

v.                                      CASE NO. 2:22-CV-00066-BSM

**JOHN P. YATES**
Warden, FCI-Forrest City                                                                          **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted. Paul Coleman's section 2241 petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE