IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDY FLORES**  **PLAINTIFF**
Reg #23404-480

v.  CASE NO. 2:22-CV-00066-BSM

**JOHN P. YATES**
Warden, FCI-Forrest City  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE